UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. **5:24-cv-01714-JGB (DTB)**   Date: **December 9, 2024**

Title: **Maira Mercado Gracia v. Martin O'Malley**
================================================================

**DOCKET ENTRY**
================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| S. Lorenzo | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:  ATTORNEYS PRESENT FOR DEFENDANT(S):
None present                                              None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S OPENING BRIEF**

On August 12, 2024, Plaintiff filed a Complaint seeking judicial review of a decision of the Commissioner of Social Security. (Docket No. 1). On October 15, 2024, Defendant filed an Answer. (Docket No. 9). Plaintiff's Opening Brief was due on or before November 14, 2024. To date, Plaintiff's Opening Brief has not been filed with the Court. Accordingly, Plaintiff is ordered to show cause no later than December 20, 2024, why this case should not be dismissed for failure to prosecute. The filing of Plaintiff's Opening Brief by December 20, 2024, shall discharge this Order to Show Cause. If Plaintiff files her Opening Brief, Defendant must file and serve Commissioner's Brief no later than 30 days from the date of service of Plaintiff's Opening Brief. Plaintiff may file an optional Reply Brief no later than 14 days from the date of service of the Commissioner's Brief.

Pursuant to this Court's Procedures, Mandatory Chambers copies of all electronically filed documents must be delivered to the chambers copy box on the 3rd floor by noon on the court day following the date of filing as required by Local Civil Rule 5-4.5.

**IT IS SO ORDERED**.