UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MAIRA[1] M. G.,<br><br>        Plaintiff,<br><br>        v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. 5:24-cv-01714-CV (DTB)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court notes that Plaintiff's name was spelled incorrectly on the caption of the Report and Recommendation. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge and hereby adopts the Report and Recommendation with the correction to the spelling of Plaintiff's name.

---

[1] Plaintiff's name has been corrected to reflect the correct spelling of her name.

1

IT THEREFORE IS ORDERED that Judgment be entered affirming the decision of the Commissioner and dismissing this action with prejudice.

Dated:  9/16/25

*Cynthia Valenzuela*
CYNTHIA VALENZUELA
United States District Judge